IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT CLINTON BUCY, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:15-CV-1040-RP |
| | § | |
| v. | § | |
| | § | |
| BRENT STROMAN, MANUEL CHAVEZ, ABELINO "ABEL" REYNA and JOHN DOE | § § § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Robert Clinton Bucy ("Plaintiff"), pursuant to Fed. R. Civ. P. 7.1, files the following Certificate of Interested Persons. The undersigned counsel of record, on behalf of Plaintiff, certifies that the following persons have an interest in the outcome of this case:

| Interest | Name |
|---|---|
| Plaintiff | Robert Clinton Bucy |
| Plaintiff's Counsel | Don Tittle<br>LAW OFFICES OF DON TITTLE, PLLC |
| Plaintiff's Counsel | F. Clint Broden<br>BRODEN, MICKELSEN, HELMS & SNIPES, LLP |
| Defendant | Brent Stroman |
| Defendant | Manuel Chavez |
| Defendant | Abelino "Abel" Reyna |
| Defendant | John Doe (an employee of Texas Department of Public Safety that is unnamed as of this date) |

Respectfully submitted,

By: /s/ *Don Tittle*
    Don Tittle
    State Bar No. 20080200
    don@dontittlelaw.com

LAW OFFICES OF DON TITTLE, PLLC
6301 Gaston Avenue, Suite 440
Dallas, Texas 75214
(214) 522-8400
(214) 389-1002 – Fax
    *Lead Counsel for Plaintiff*

F. Clinton Broden
State Bar No. 24001495
BRODEN, MICKELSEN, HELMS & SNIPES, LLP
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 – Fax

*ATTORNEYS FOR PLAINTIFF*