IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT CLINTON BUCY, | § § § | |
| Plaintiff, | § § | |
| V. | § § | 1-15-CV-1040  RP |
| BRENT STROMAN, ET AL., | § § § | |
| Defendant. | § | |

## TRANSFER ORDER

Before the court is the above-styled and numbered cause. It appears to the court that the above-styled and numbered cause should be transferred from the docket of the Honorable Robert Pitman, United States District Judge, to the docket of the Honorable Sam Sparks, United States District Judge, both judges having consented to the transfer.

IT IS ORDERED that the above-styled and numbered cause is TRANSFERRED to the docket of the Honorable Sam Sparks, United States District Judge, for all purposes. Pursuant to the Order Assigning the Business of the Court effective January 1, 2015, the clerk of court shall credit this case to the percentage of business of the receiving Judge.

All current settings remain in effect.

**SIGNED** on December 17, 2015.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE